UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RAJAN GUPTA,<br><br>                    Plaintiffs,<br><br>       v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>                    Defendant. | Case No. 3:21-cv-09045-EMC<br>Hon. Edward M. Chen, Courtroom 5<br><br>~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUE PARTY** |

    For the reasons articulated in Plaintiffs' Motion to Substitute (*e.g. Elliott v. Ross*, No. 1:17-cv-01214-LJO-SAB, 2019 U.S. Dist. LEXIS 57571, at *2 (E.D. Cal. Apr. 2, 2019)), the Court hereby GRANTS the unopposed motion:

    1. Rajan Gupta is substituted as the real party in interest in place of R.G. by and through his next friend Ananda Gupta; and

    2. The Clerk of the Court is DIRECTED to amend the docket to reflect the substitution.

    **IT IS SO ORDERED.**

DATED:     August 28, 2023

_____
Hon. Edward M. Chen
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cv-09045-EMC